# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                                  CASE #:   08 CIV 4728

EURITA BUTLER

                                          against                            Plaintiff(s)/Petitioner(s)

COHEN & SLAMOWITZ, LLP

                                                                        Defendant(s)/Respondent(s)

State of NY

County of Albany    SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on   5/21/08   at   11:55 AM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL**

upon:   **COHEN & SLAMOWITZ, LLP**

defendant/respondent in this action by delivering and leaving with   Donna Christie   authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**121-1505 of the Limited Liability Partnership Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on:  5/22/2008

_(signature)_
Notary Public

_(signature)_
Michael Pickett

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe |
|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 |

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY  12209

112550