UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EURITA BUTLER,

                      Plaintiff,                   Case No.: 08/CIV 4728

        -against-


COHEN & SLAMOWITZ, LLP,

                      Defendant.
------------------------------------------------------------------X

## RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to enable District Judges and Magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for COHEN & SLAMOWITZ, LLP.(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                              N/A


Dated:  Melville, New York
         June 12, 2008


                           Law Offices of Michael G. Mc Auliffe, Esq.
                           Counsel to Cohen & Slamowitz, LLP.


                By:      */s/ Michael G. Mc Auliffe*
                           Michael G. Mc Auliffe, Esq.
                           48 South Service Road,  Suite 102
                           Melville, New York 11747
                           (631) 465-0044