UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EURITA BUTLER,

          Plaintiff,

-against-

COHEN & SLAMOWITZ, LLP

          Defendant.
------------------------------------------------------------X

Case 1:08-cv-04728-JSR
**REPLY TO**
**COUNTERCLAIM**

Plaintiff, Eurita Butler, by and through her undersigned attorney, alleges upon knowledge as to herself and her own acts, and as to all other matters upon information and belief, replies to Defendant's Counterclaim as follows:

1. Plaintiff Denies that the action entitled Eurita Butler v. Cohen & Slamowitz, LLP has been brought in bad faith.

2. Defendant denies that the action entitled Eurita Butler v. Cohen & Slamowitz was brought for the purpose of harassment.

**WHEREFORE**, plaintiff respectfully requests that the Court enter judgment denying the Counterclaim.

Dated: June 12, 2008
       Uniondale, New York

                                            Abraham Kleinman (AK-6300)
                                            KLEINMAN LLC
                                            626 RexCorp Plaza
                                            Uniondale, New York 11556-0626
                                            Telephone (516) 522-2621
                                            Facsimile (888) 522-1692